UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STERLING BROWN,

        Petitioner,

   v.

F. E. FIGUEROA,

        Respondent.

Case No. 15-cv-01738-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Regarding Petitioner's *In Forma Pauperis* Motion; and Dismissing Petition as Successive,

    IT IS ORDERED AND ADJUDGED

    That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: April 27, 2015

                                    YVONNE GONZALEZ ROGERS
                                    United States District Judge